| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:05:CR:252-01 |
| | | DOCKET NUMBER *(Rec. Court)*<br>13-cr-245-WJM |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| PEDRO MORALES | WESTERN DISTRICT OF MICHIGAN | SOUTHERN |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Robert Holmes Bell<br>United States District Judge |

| DATES OF SUPERVISED RELEASE: | FROM<br>01/21/2011 | TO<br>01/20/2016 |
|---|---|---|

**OFFENSE**

Possession With Intent to Distribute 500 Grams or More of Cocaine; 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF COLORADO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| June 7, 2013 | /s/ Robert Holmes Bell |
|---|---|
| *Date* | The Honorable Robert Holmes Bell<br>United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 11, 2013 | s/Marcia S. Krieger |
|---|---|
| *Effective Date* | United States District Judge |