✎AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA

V.

PEDRO MORALES

**WARRANT FOR ARREST**

Case Number:  13-CR-00245-WJM-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   PEDRO MORALES
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release Violation Petition     ☐ Probation Violation Petition     ☒ Supervised Release Violation     ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION AND USE OF A CONTROLLED SUBSTANCE
USE OF ALCOHOL

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/E. Van Alphen, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | June 12, 2013, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |