IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00245-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. PEDRO MORALES,

  Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

  The United States of America, by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States.  All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

  Dated this __13th__ day of June, 2013.

         Respectfully submitted,

         JOHN F. WALSH,
         United States Attorney

         By: s/Martha A. Paluch
         MARTHA A. PALUCH
         Assistant United States Attorney
         United States Attorney's Office
         1225 Seventeenth Street, Suite 700
         Denver, Colorado   80202
         Telephone: (303) 454-0100
         Fax: (303) 454-0403
         E-mail: martha.paluch@usdj.gov
         Attorney for the Government