IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00245-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    PEDRO MORALES,**

    Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim

    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:             (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Pedro Morales (U.S. Mail)

s/ Virginia L. Grady
VIRGINIA L. GRADY
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Virginia.Grady@fd.org
Attorney for Defendant