

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

July 29, 2013

Alfred A. Arraj
United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

RE: USA v. Pedro Morales
OUR Case No. 1:05-cr-00252  Hon. Robert Holmes Bell

*Co Case # 13-cr-00245-WJM*

Dear Court Personnel:

Pursuant to the enclosed Order for Transfer of Jurisdiction over the above-named supervised releasee to the District of Colorado filed July 26, 2013, we are herewith sending certified copies of our order of transfer and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Tracey Cordes, Clerk

/s/ G. Frayer

By: Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:05:CR:252-01 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 13-cr-245-WJM |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| PEDRO MORALES | WESTERN DISTRICT OF MICHIGAN | SOUTHERN |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert Holmes Bell United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 01/21/2011 — TO 01/20/2016 |

**OFFENSE**

Possession With Intent to Distribute 500 Grams or More of Cocaine; 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF COLORADO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 7, 2013                                     /s/ Robert Holmes Bell
*Date*                                           *The Honorable Robert Holmes Bell*
                                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 11, 2013                                    s/Marcia S. Krieger
*Effective Date*
                                                 *United States District Judge*

Certified as a True Copy
By _____ Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 7/29/13

CLOSED,INTERPRETER

# United States District Court
## Western District of Michigan (Southern Division (1))
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00252-RHB-1
Internal Use Only

Case title: USA v. Morales    Date Filed: 11/09/2005
Magistrate judge case number: 1:05-mj-00668-ESC    Date Terminated: 04/07/2006

Assigned to: Judge Robert Holmes Bell

**defendant (1)**

**Pedro Morales**    represented by **Anthony J. Valentine**
*TERMINATED: 04/07/2006*    Twohey Maggini
    161 Ottawa Ave., NW, Ste. 212
    Grand Rapids, MI 49503
    (616) 459-6168
    Fax: (616) 459-0025
    Email: avalentine@twoheylaw.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*
    *Designation: CJA Appointment*

**Pending Counts**    **Disposition**

21:841(a)(1); 21:841(b)(1)(B)(ii)(II) -    72 months imprisonment followed by 5
POSSESSION OF COCAINE WITH    years supervised release; $3,000.00 fine
INTENT TO DISTRIBUTE    and a $100.00 special assessment
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**    **Disposition**

*Certified as a True Copy*
*By [signature] Deputy Clerk*
*U.S. District Court*
*Western Dist. of Michigan*
*Date 7/29/13*

21 U.S.C. 841(a)(1), (b)(1)(B)(ii)(II) - possession with intent to distribute 500 grams or more of cocaine

**Plaintiff**

USA                             represented by    **Donald A. Davis**
                                                  U.S. Attorney (Grand Rapids)
                                                  The Law Bldg.
                                                  330 Ionia Ave., NW
                                                  P.O. Box 208
                                                  Grand Rapids, MI 49501-0208
                                                  (616) 456-2404
                                                  Email: don.davis@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2005 | 1 | COMPLAINT as to Pedro Morales (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 10/21/2005) |
| 10/21/2005 | 3 | ATTORNEY APPEARANCE of Joan Meyer for USA (Meyer, Joan) [1:05-mj-00668-ESC] (Entered: 10/21/2005) |
| 10/21/2005 | 4 | ORDER OF TEMPORARY DETENTION pursuant to the Bail Reform Act as to defendant Pedro Morales: detention hearing and preliminary hearing set for 10/26/2005 at 01:00 PM at 401 Federal Building, Grand Rapids, MI before Magistrate Judge Ellen S. Carmody; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 10/21/2005) |
| 10/21/2005 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Pedro Morales; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 10/21/2005) |
| 10/21/2005 | 6 | ARREST WARRANT RETURNED EXECUTED; defendant Pedro Morales arrested on 10/20/05 (mdr, ) [1:05-mj-00668-ESC] (Entered: 10/24/2005) |
| 10/21/2005 | 7 | MINUTES of FIRST APPEARANCE of defendant Pedro Morales held before Magistrate Judge Ellen S. Carmody; defendant's request for court appointed counsel granted; gov't seeks detention and defendant is remanded to the custody of USM pending preliminary exam and detention hearing; interpreter Ellen Donohue was present, although her services were not neeeded(Digitally Recorded) (Magistrate Judge Ellen S. Carmody, mdr) [1:05-mj-00668-ESC] (Entered: 10/24/2005) |
| 10/24/2005 |  | Federal Public Defender recommends that Anthony J. Valentine be appointed to represent defendant Pedro Morales (Federal Public Defender, ) [1:05- |

| | | |
|---|---|---|
| | | mj-00668-ESC] (Entered: 10/24/2005) |
| 10/26/2005 | 9 | NOTICE OF HEARING as to defendant Pedro Morales: preliminary hearing and detention hearing set for 11/1/2005 at 02:30 PM at 401 Federal Building, Grand Rapids, MI before Magistrate Judge Ellen S. Carmody (faxed to interpreter Ellen Donohue by cbh) (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 10/26/2005) |
| 10/26/2005 | 10 | MINUTES of hearing as to defendant Pedro Morales held before Magistrate Judge Ellen S. Carmody; time set for preliminary hearing and detention hearing - hearings not held; defense counsel requests continuance until interpreter is available - granted; hearings continued to Tuesday, November 1, 2005 at 2:30 pm (Digitally Recorded) (Magistrate Judge Ellen S. Carmody, mdr) [1:05-mj-00668-ESC] (Entered: 10/26/2005) |
| 10/27/2005 | 11 | ATTORNEY APPEARANCE of Donald A. Davis for USA *and SUBSTITUTION* (Davis, Donald) [1:05-mj-00668-ESC] (Entered: 10/27/2005) |
| 10/27/2005 | 12 | CJA 20 Form appointing Anthony Valentine to represent defendant Pedro Morales; signed by Magistrate Judge Ellen S. Carmody (mdr) [1:05-mj-00668-ESC] (Entered: 10/28/2005) |
| 11/01/2005 | 13 | MINUTES of preliminary hearing and DETENTION hearing as to defendant Pedro Morales held before Magistrate Judge Ellen S. Carmody; Testimony taken from gov't witness Sheila Goodell; probable cause found; deft bound over for proceedings before the grand jury (Proceedings Digitally Recorded) (Magistrate Judge Ellen S. Carmody, mdr) [1:05-mj-00668-ESC] (Entered: 11/01/2005) |
| 11/01/2005 | | Interpreter Ellen Donohue appeared in case as to Pedro Morales (mdr, ) [1:05-mj-00668-ESC] (Entered: 11/01/2005) |
| 11/02/2005 | 14 | ORDER that defendant Pedro Morales is bound over for further proceedings before the Grand Jury; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 11/02/2005) |
| 11/02/2005 | 15 | ORDER OF DETENTION pending trial as to defendant Pedro Morales; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 11/02/2005) |
| 11/02/2005 | 16 | NOTICE as to Pedro Morales: arraignment and initial pretrial conference if indicted, or status conference, set for 11/14/2005 at 09:00 AM at 401 Federal Building, Grand Rapids, MI before Magistrate Judge Ellen S. Carmody (faxed to interpreter Ellen Donohue by cbh) (Magistrate Judge Ellen S. Carmody, cbh) [1:05-mj-00668-ESC] (Entered: 11/02/2005) |
| 11/09/2005 | 17 | INDICTMENT as to Pedro Morales (gjf, ) (Entered: 11/10/2005) |
| 11/14/2005 | 18 | INITIAL DISCOVERY ORDER as to defendant Pedro Morales; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 11/14/2005) |

| | | |
|---|---|---|
| 11/14/2005 | 19 | MINUTES of ARRAIGNMENT and pretrial conference as to defendant Pedro Morales held before Magistrate Judge Ellen S. Carmody; not guilty plea entered as to Count 1; Interpreter Ellen Donohue appeared and proceedings interpreted in the language of Spanish (Proceedings Digitally Recorded) (Magistrate Judge Ellen S. Carmody, mdr) (Entered: 11/14/2005) |
| 11/14/2005 | 20 | DEFENDANT'S RIGHTS in the language of Spanish as to defendant Pedro Morales (mdr, ) (Entered: 11/14/2005) |
| 11/14/2005 | 21 | PRETRIAL CONFERENCE SUMMARY ORDER as to defendant Pedro Morales; jury trial estimated to last 2 days; motions to be filed no later than 3 weeks from today's date; signed by Magistrate Judge Ellen S. Carmody (mdr, ) (Entered: 11/14/2005) |
| 11/14/2005 | 22 | ORDER as to defendant Pedro Morales: final pretrial conference set for 1/4/2006 at 10:00 AM at 601 Federal Building, Grand Rapids, MI before Chief Judge Robert Holmes Bell; all pending motions to be heard at time of final pretrial conference; jury trial set for 1/9/2006 at 9:00 AM at 601 Federal Building, Grand Rapids, MI before Chief Judge Robert Holmes Bell; signed by Chief Judge Robert Holmes Bell (Chief Judge Robert Holmes Bell, ymc) (Entered: 11/14/2005) |
| 01/04/2006 | 23 | MINUTES of CHANGE OF PLEA; defendant Pedro Morales plead guilty to count 1 of the Indictment held before Chief Judge Robert Holmes Bell. Interpreter: Ellen Donohue (Court Reporter: Kevin Gaugier) (Chief Judge Robert Holmes Bell, sdb) Modified on 1/9/2006 to edit text (gjf). (Entered: 01/04/2006) |
| 01/04/2006 | 24 | NOTICE as to defendant Pedro Morales: sentencing set for 4/4/2006 at 8:30 AM at 601 Federal Building, Grand Rapids, MI before Chief Judge Robert Holmes Bell; (Chief Judge Robert Holmes Bell, sdb) (Entered: 01/04/2006) |
| 01/04/2006 | 25 | PLEA AGREEMENT as to Pedro Morales (gjf, ) (Entered: 01/04/2006) |
| 03/31/2006 | 26 | MOTION for downward departure under 5K1.1 by USA as to Pedro Morales (Davis, Donald) (Entered: 03/31/2006) |
| 03/31/2006 | 27 | BRIEF in support by USA as to Pedro Morales re MOTION for downward departure under 5K1.1 26 (Davis, Donald) (Entered: 03/31/2006) |
| 04/03/2006 | 28 | SENTENCING MEMORANDUM by Pedro Morales *Submission and Response to motion for downward departure* (Valentine, Anthony) Modified on 4/4/2006 to create association and edit text (gjf). (Entered: 04/03/2006) |
| 04/04/2006 | 29 | MINUTES of SENTENCING for Pedro Morales (1), Count(s) 1, 72 months custody; 5 years supervised release; $3,000.00 fine; and $100.00 special assessment held before Chief Judge Robert Holmes Bell. Interpreter: Ellen Donohue (Court Reporter: Kevin Gaugier) (Chief Judge Robert Holmes Bell, sdb) (Entered: 04/06/2006) |
| 04/04/2006 | | Interpreter Ellen Donohue appeared in case as to Pedro Morales for sentencing (pjl, ) (Entered: 04/07/2006) |

| | | |
|---|---|---|
| 04/06/2006 | 30 | ACKNOWLEDGMENT of receipt of appeal packet by Pedro Morales (gjf, ) (Entered: 04/06/2006) |
| 04/07/2006 | 31 | JUDGMENT as to defendant Pedro Morales; signed by Chief Judge Robert Holmes Bell (Chief Judge Robert Holmes Bell, ymc) (Entered: 04/07/2006) |
| 04/07/2006 | | Certified Copy of Judgment 31 in a Criminal Case as to defendant Pedro Morales mailed to US Atty, Deft's Atty, Anthony J. Valentine, GR USM (2) and GR USPO (pjl, ) (Entered: 04/07/2006) |
| 07/26/2006 | 32 | JUDGMENT RETURNED EXECUTED as to Pedro Morales on 5/25/06 (gjf, ) (Entered: 07/26/2006) |
| 06/07/2013 | 34 | ORDER TRANSFERRING JURISDICTION of probationer/supervised releasee Pedro Morales to District of Colorado ; signed by Judge Robert Holmes Bell (Judge Robert Holmes Bell, kcb) (Entered: 06/07/2013) |
| 07/26/2013 | 35 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to District of Colorado as to Pedro Morales and assigning case number 13-cr-245-WJM (USPO Clerk/Deputy Clerk, mkr) (Entered: 07/26/2013) |
| 07/29/2013 | 36 | TRANSMITTAL LETTER sending documents regarding transfer of jurisdiction of probationer/supervised releasee Pedro Morales to District of Colorado (gjf) (Entered: 07/29/2013) |