✎AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

PEDRO MORALES

**WARRANT FOR ARREST**

Case Number:   13-CR-00245-WJM-01

To: The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ **PEDRO MORALES** _____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release Violation Petition     ☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION AND USE OF A CONTROLLED SUBSTANCE
MAKING FALSE STATEMENTS TO THE PROBATION OFFICER

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/E. Van Alphen, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | 2/28/2014   Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |