IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00245-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO MORALES,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim

    s/ Warren R. Williamson
    Warren R. Williamson
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Rick_williamson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Pedro Morales
    *(via U.S. Mail)*


                      s/ Warren R. Williamson
                      Warren R. Williamson
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Rick_williamson@fd.org
                      Attorney for Defendant