AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| PEDRO MORALES | Case Number: 13-CR-00245-WJM-01 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____**PEDRO MORALES**_____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court
☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

**POSSESSION AND USE OF A CONTROLLED SUBSTANCE
USE OF ALCOHOL**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 MAR -3 PM 3:27
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/E. Van Alphen, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | June 12, 2013, Denver, Colorado |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at   1381 Stuart Street, Denver CO

| DATE RECEIVED 02/28/2014 | NAME AND TITLE OF ARRESTING OFFICER _____ Leyworth L DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 03/01/2014 | | |