IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00245-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PEDRO MORALES,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Warren R. Williamson
       Warren R. Williamson
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Rick_williamson@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Pedro Morales
*(via U.S. Mail)*

s/ Warren R. Williamson
Warren R. Williamson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Rick_williamson@fd.org
Attorney for Defendant