PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U. S. A. vs. PEDRO MORALES                    Docket Number: 13-cr-00245-WJM-01

## Supplemental Petition for Issuance of Warrant Due to Violation of Supervised Release

COMES NOW, Anna Lokshina, probation officer of the Court, presenting an official report upon the conduct and attitude of Pedro Morales who was placed on supervision by the Honorable Robert Holmes Bell, sitting in the Court at Grand Rapids, Michigan, on the 4th day of April, 2006, who fixed the period of supervision at 5 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to any requested financial information.

2. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.

3. The defendant shall refrain from all use of alcoholic beverages.

4. The defendant shall not associate with anyone using or possessing controlled substances.

5. The defendant shall perform 300 hours of community service as directed by the probation officer.

6. The defendant shall be employed.

**On June 11, 2013, jurisdiction of the defendant's case was transferred from the Western District of Michigan to the District of Colorado.**

**On June 30, 2013, the defendant's supervised release conditions were modified to include the following special conditions:**

7. The defendant shall participate in, and successfully complete, a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

8. The defendant shall reside in a residential reentry center (RRC) for a period of 6 months, to commence July 8, 2013, and shall observe the rules of that facility.

9. The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

10. If considered necessary by the probation officer and not medically contraindicated, the defendant shall ingest Antabuse or a comparable substance.

**On April 8, 2014, the defendant's supervised release conditions were modified to include the following special conditions:**

11. The defendant shall reside in a residential reentry center (RRC) for a period of 4 months and shall

observe the rules of that facility.

**On April 8, 2014, the warrant due to violations of supervised release issued on February 28, 2014, was quashed and the supervision violation hearing set for April 24, 2014, was vacated.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attached hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original petition, filed on October 1, 2014 (Document No. 33), which requested the issuance of a warrant due to violations of supervised release, be supplemented to include additional violations of supervised release.

ORDER OF THE COURT

Considered and ordered this ___6___ day of October, 2014, and ordered filed and made a part of the record in the above case.

_____
William J. Martinez
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Anna Lokshina
_____
Anna Lokshina
Probation Officer

Place : Denver, Colorado

Date: October 6, 2014

## ATTACHMENT

The defendant has committed the following additional violations of supervised release:

**5.     POSSESSION AND USE OF A CONTROLLED SUBSTANCE (Cocaine):**

On or about September 24, 2014, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On September 24, 2014, I was notified of the defendant's positive urine test for cocaine. On October 2, 2014, I spoke with the defendant regarding his positive urinalysis sample for cocaine (date of urine sample collection September 24, 2014) he insisted he had not used any illicit substances.

**6.     FAILURE TO PAY FINE AS DIRECTED**

The defendant has failed to make payments toward his fine as directed by the probation officer, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

The defendant was assessed a fine in the amount of $3000.00. To date, the defendant has paid a total of $2012.86, and $987.14 remains owing.

On January 21, 2011, a payment plan was executed requiring the defendant to pay $100 monthly. He failed to make a $100 payment in February, March, August, and October of 2011. On November 30, 2011, the defendants's payment requirement was reduced to $50 monthly. He failed to make a $50 payment in March, April, May, August, September of 2012, and April 2013. Additionally, the defendant failed to make a payment from June 2013 until May 2014. On January 19, 2014, the defendant spoke with USPO Pence and was advised that he has an outstanding balance of $1,337.14 and to use his tax refund to pay off the balance as it should have been paid within the first year of supervision. He acknowledged that he understood. On March 17, 2014, USPO Pence reminded the defendant again about using his tax refund to pay in full the outstanding Court fine, he again acknowledged that he understood. Upon receiving his tax refund, the defendant failed to pay off the fine as advised. On September 17, 2014, he reported that he is going to make a payment on that date. The defendant has failed to make any payments since July, 2014.