# ATTACHMENT B

*United States v.
Pedro Morales*

**Case No.: 13-cr-00245-WJM**



Home >

# Drug Rehabilitation Centers in Colorado - STIRRT

**Program Overview**

The Short-Term Intensive Residential Remediation Treatment (STIRRT) program assists substance abusing male or female offenders who are on parole or probation, and fail to maintain sobriety.



This treatment is intended to combine the most recent advances in substance abuse treatment, including motivational enhancement, cognitive behavioral theories and strategies for self-improvement and change. The residential treatment portion of the STIRRT program offers 120 hours of intensive treatment over the course of 14 days. Continuing care services are offered following residential and spans approximately eight months post discharge.

**Program Services**
STIRRT treats substance use and co-occurring mental health disorders with a criminal conduct focus. Gender specific services address perpetrator/victim cycle, thinking errors, conflict management, refusal skills, anger management, family issues, communication skills, assertiveness training, coping skills, relapse prevention, job skills, relaxation meditation, spirituality, and development of support system.

**Admission Criteria**

- Must be male and 18 years of age or older;
- All clients are referred by probation, parole, Treatment Alternatives to Street Crimes (TASC), and Denver Drug Court and Community Corrections;
- Must have severe substance abuse/dependency and/or co-occurring mental health disorders;
- One or more misdemeanor or felony convictions, and must be at risk of being incarcerated in a Department of Corrections or county jail to be accepted

**Get Help -- 303.412.3818**

**Inclimate Weather Line -- 303.412.3631**

Administrative Offices -- 303.657.3700

Could you or someone you know have a problem with drugs or alcohol? **Call 303.412.3818 or e-mail info@ahinc.org for help.** Phone lines are open Mon - Sat, 8 a.m. to 7 p.m. *(TTY: 303.412.3636, Video Phone for D/deaf & hard of hearing: 720.689.1982)*





**Find us on Facebook**

**Follow us on Twitter** 

**Sign up Now for Email Updates**

GO

**Read News of Substance**

**FALL EDITION**

into the program.



### People Most Able to Benefit from this Program
• Men or women whose criminal record consists of misdemeanor or felony convictions;

• Men or women who are unable to maintain abstinence from alcohol and drugs while under supervision of the Criminal Justice System;
• Men or women who are unable to maintain abstinence from alcohol and drugs while in outpatient treatment;
• Men or women who are at risk of having probation or parole revoked and of being incarcerated;
• Men or women who are assessed as needing intensive levels of treatment; and
• Men or women completing the STIRRT program who are in need of intensive outpatient services.

### Expected Length of Stay
14 days. After completing STIRRT, Arapahoe House recommends that clients transition into a continuing care outpatient program offering up to eight months of specialized services.

### Hours of Operation
STIRRT Residential program operates 24 hours per day throughout the year.
STIRRT Continuing Care: Monday through Saturday, 9 a.m. to 9 p.m.

### Location
Commerce City (men) and Littleton, CO (women)

**For referral or admission to any of our programs, please contact the Information and Access Team 303.412.3818 or info@ahinc.org. Phone lines are open Monday through Saturday 8 a.m. to 7 p.m.**

Arapahoe House Admin Offices - 8801 Lipan Street - Thornton, Colorado (CO) 80260 - 303-412-3818 (TTY: 303.412.3636) info@ahinc.org    Sitemap