**Paluch, Martha (USACO)**

| | |
|---|---|
| **From:** | Anna_Lokshina@cod.uscourts.gov |
| **Sent:** | Tuesday, November 18, 2014 9:06 AM |
| **To:** | Paluch, Martha (USACO) |
| **Subject:** | RE: Alere testimony |

About our Program

Circle Program is a Joint Commission accredited, Division of Behavioral Health licensed, intensive inpatient treatment program which serves adults who suffer from co-occurring disorders. Our comprehensive treatment program addresses mental illness, chemical dependence, personality disorders and criminal behavior. Many people come for treatment here as a condition of legal charges related to substance abuse; however, we do not serve as a parole agent for the Department of Corrections (DOC).

The treatment team consists of a board certified addiction psychiatrist, a master's level team leader, a licensed social worker, registered nurses, licensed psychiatric technicians, mental health workers and a recreational therapist, the majority of whom are also certified addiction counselors or licensed addiction counselors. The team is supported by psychological, vocational, educational, spiritual and nutrition services.

http://www.colorado.gov/cs/Satellite/CDHS-BehavioralHealth/CBON/1251580849776



*Anna Lokshina*
**Anna Lokshina**
U.S. Probation Officer
District of Colorado
1929 Stout Street, Suite C-120
Denver, Colorado  80294-0101
303-335-2499

| | |
|---|---|
| From: | "Paluch, Martha (USACO)" <Martha.Paluch@usdoj.gov> |
| To: | "Anna_Lokshina@cod.uscourts.gov" <Anna_Lokshina@cod.uscourts.gov>, |
| Date: | 11/18/2014 08:32 AM |
| Subject: | RE: Alere testimony |

1