IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Cathy Pearson          Date:  November 21, 2014
Court Reporter:    Gwen Daniel            Probation: Anna Lokshina
                                                     Veronica Ramirez
                                          Interpreter:

_____

Criminal Action No.  13-cr-00245-WJM      <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Martha Paluch

    Plaintiff,

v.

PEDRO MORALES,                            Warren Williamson

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - Violation of Supervised Release

02:35 p.m.    Court in Session

Appearances

The defendant is present and in custody.

Oath administered to the defendant.

Court's comments

This matter is before the Court for a final hearing on a Petition on Supervised Release and a Supervised Release Violation Report.

Defendant understands and ADMITS to all violations of supervised release.

1

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

Defendant is advised of his right to a hearing.

The Court accepts the defendant's admissions to Violation Nos. 1, 2, 3, 4, 5, and 6.

Sentencing Statement by Ms. Paluch

Sentencing Statement by Mr. Williamson

Probation's recommendations

Defendant's comments

Argument/Discussion

Defendant's Allocution

The Court FINDS that the defendant violated the conditions of supervised release.

**ORDERED:** **The defendant, Pedro Morales, shall have his supervised release revoked and he shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pre-hearing detention.**

**ORDERED:** **Upon release from imprisonment the defendant shall be placed on supervised release for a term of 18 months, less the five-month period of imprisonment imposed.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

ORDERED:  Special Conditions of Supervised Release:

1. The defendant shall be placed at a residential reentry center for up to a period of six (6) months, and he will be ordered to obey the rules of that facility.

2. The defendant shall successfully complete a residential treatment program as deemed appropriate by the probation officer. If defendant is accepted into the Circle Residential Treatment Program, when an opening becomes available, he shall complete a 90-day placement in that Program and he shall comply with all of the rules of that Program. If that opening in the Circle Residential Treatment Program occurs during the six-month period that he is ordered to be placed at the Residential Re-entry Center (RRC), he shall be released early from the RRC in order to participate in the Circle Residential Treatment Program. If the defendant is not accepted into the Circle Residential Treatment Program, he shall be placed in an alternative suitable program approved by the probation officer.

3. The defendant shall also participate in and successfully complete a program of testing and/or treatment for substance abuse and aftercare outpatient treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

4. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

      **5.**     **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

Defendant advised of his right to appeal the sentence imposed and in very limited circumstances, his conviction by admission of the violations charged in the Supervised Release Petition**.**

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility suitable to his security classification within the District of Colorado.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

03:30 p.m.     Court in Recess
                 Hearing concluded
                 Time: 55 Minutes