IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00245- WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PEDRO MORALES,

        Defendant.

_____

### MOTION TO MODIFIY CONDITIONS OF SUPERVISION
_____

Pedro Morales, through counsel, files this motion to seek a modification of his conditions of supervised release.

This motion is opposed by the Probation Officer and, it is presumed, counsel for the government.

What Mr. Morales hopes is the Court will order that he continue to reside in the halfway house (Independence House South Federal) and to participate in the drug and alcohol programs in which he is enrolled in lieu of participating in the Circle Program.

Mr. Morales, following his last revocation, was sentenced to five months jail time. Doc. 51.[1] He was also put on supervised release for 18 months on condition the first six months be spent in a halfway house. *Id*. A special condition was imposed requiring Mr. Morales to complete the Circle Residential Treatment Program, a ninety day in resident program, as soon as bed space opened up. *Id*.

---

[1] "Doc." refers to the clerk's docket.

Mr. Morales was released to Independence House South Federal after finishing his jail sentence. He has been doing well at the facility since. Mr. Morales is employed at Seattle Fish Company, where he just joined the union.  He is clean and sober, has had no positive drug tests, and is regularly participating in therapy at Independence House North and in drug classes at Independence House South Federal.

Mr. Morales has also been able, through his job, to save enough money to finally move his family, his wife, Elizabeth Hagar, and the minor children, into an apartment in the Denver area. (They had been in temporary housing before this.)

Mr. Morales will lose his job, and his ability to support his family, if he is sent to the Circle Program in Colorado Springs. He proposes, as an alternative, that his "stay" at Independence House be extended for the same length of time as the Circle Program's inpatient period, 90 days.  During this time, he will continue to be tested at Independence House, to pay his "rent", and to attend therapy, while maintaining his employment.

This request is opposed by the Probation Officer. In her view the Circle Program is a better treatment option than the alternative Mr. Morales proposes. Recognizing this, there is also a practical element to consider. Mr. Morales has demonstrated he can maintain sobriety and seriously participate in treatment under the auspices of Independence House. Importantly, he has done so while obeying the rules of the facility, working full time, and supporting his family.

It is respectfully suggested that allowing Mr. Morales to continue to succeed, while making sure his family is cared for financially, makes sense.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Warren R. Williamson
WARREN R. WILLIAMSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
rick.williamson@fd.org
Attorney for Defendant

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email:  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Anna Lokshina, U.S. Probation Officer
    Email:  anna.lokshina@cod.uscourts.gov

    Mr. Pedro Morales  (U.S. Mail)

                                              s/Warren R. Williamson
                                              WARREN R. WILLIAMSON
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              rick.williamson@fd.org
                                              Attorney for Defendant